TUCKER ELLIS LLP
Howard A. Kroll - SBN 100981
howard.kroll@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone:      213.430.3400
Facsimile:      213.430.3409

Attorneys for Plaintiff TACORI ENTERPRISES,

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TACORI ENTERPRISES,<br><br>                    Plaintiff,<br><br>          v.<br><br>HIR INDUSTRIES, INC., a Florida corporation; and HOWARD ROTHAUSER, an individual,<br><br>                    Defendants. | Case No. 2:15-cv-8293 MWF (KSx)<br><br>**AMENDED CONSENT JUDGMENT AND PERMANENT INJUNCTION AGAINST HIR INDUSTRIES, INC. AND HOWARD ROTHAUSER** |

TUCKER ELLIS LLP
Cleveland ♦ Columbus ♦ Denver ♦ Los Angeles ♦ San Francisco

Plaintiff, Tacori Enterprises ("Tacori"), and Defendants HIR Industries, Inc. ("HIR") and Howard Rothauser ("Rothauser") (collectively, "Defendants"), having settled this action on the terms and conditions stated herein and pursuant to the Settlement Agreement attached to this Consent Judgment as Exhibit A, and incorporated fully herein, it is ORDERED, ADJUDGED, and DECREED as follows:

1.  This case is a civil action arising under the Copyright Act, 17 U.S.C. §§ 101, *et seq.*, the Lanham Act of 1946 as amended, 15 U.S.C. §§ 1051, *et seq.*, and California statutory and common laws.  This Court has jurisdiction over these claims under 15 U.S.C. § 1121, 17 U.S.C. § 501, and 28 U.S.C. §§ 1331, 1338(a) - (b), and 1367(a).

2.  Venue is proper in this court pursuant to 28 U.S.C. §§ 1391(b) and 1400(a).

3.  Tacori is a California corporation with its principal place of business at 1736 Gardena Avenue, Glendale, California, 91204.

4.  HIR, a Florida corporation, has its principal place of business at 1953 North Federal Highway, Boca Raton, Florida 33432.

5.  Rothauser is the owner, director and officer of HIR, and has his principal place of business at 1953 North Federal Highway, Boca Raton, Florida 33432.

6.  At all relevant times, Tacori complied in all respects with the Copyright Act, 17 U.S.C. § 101, *et seq.*, and secured the exclusive rights and privileges in and to the copyrights of ring styles HT 2229 and HT 2229A (collectively, the "Tacori Copyrights"). Copies of the Certificates of Registration for the Tacori Copyrights are attached to this Consent Judgment as Exhibit B.

7.  The Tacori Copyrights are strong, valid, and enforceable.

8.  Tacori owns a United States trademark registration for the Tacori Crescent Trade Dress, Registration No. 3,728,425.  The Tacori Crescent Trade Dress, as it applies to rings and some pieces of jewelry, is defined as "…the appearance of portions of two essentially concentric rings, with one of the rings having a larger diameter than the other. Embedded between the rings are repeating semi-circles or arcs which appear contiguous to each other.  A space is created between the contiguous semi-circles or arcs."  A copy

TUCKER ELLIS LLP

Cleveland ♦ Columbus ♦ Denver ♦ Los Angeles ♦ San Francisco

1128145.2

of the Registration Certificate for this registration is attached to the Consent Judgment as Exhibit C.

9.      The Tacori Crescent Trade Dress is valid and enforceable.

10.     Judgment shall be entered in favor of Tacori and against Defendants on the Complaint in the amount of $30,000, which reflects a reimbursement of Tacori's attorneys' fees, Tacori's lost profits and statutory damages for Defendants selling rings which infringe the Tacori Copyrights and the Tacori Crescent Trade Dress.

11.     Defendants and Defendants' shareholders, officers, directors, employees, representatives, agents, successors-in-interest, parent corporations, subsidiary corporations, affiliated companies, and all other persons, firms or entities acting in concert or participating with them, are permanently enjoined, directly and indirectly, from:

(a)     imitating, copying or making unauthorized use of, or engaging in any unauthorized distribution of products protected by the Tacori Copyrights or the Tacori Crescent Trade Dress;

(b)     selling, distributing, advertising, manufacturing, or purchasing Defendants' ring product codes 10977, 13446, 12684, 10971, 10956, 10982, and 13269. Pictures of Defendants' website displaying these rings are attached to this Consent Judgment as Exhibit D;

(c)     selling, distributing, advertising, manufacturing, or purchasing any piece of jewelry substantially similar to the Tacori Copyrights;

(d)     selling, distributing, advertising, manufacturing, or purchasing any piece of jewelry confusingly similar to the Tacori Crescent Trade Dress;

(e)     engaging in any other activity constituting an infringement of the Tacori Copyrights or the Tacori Crescent Trade Dress; and

(f)     knowingly assisting, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs 11(a) through 11(e) above.

12.     The parties waive notice of entry of this Consent Judgment and Permanent Injunction and the right to appeal therefrom or to test its validity and consent to its immediate entry in accordance with its terms.  This Court expressly retains jurisdiction over this matter to enforce, implement or construe this Consent Judgment and Permanent Injunction.

**SO ORDERED.**

Dated:  January  13 , 2016

_____
Hon. Michael W. Fitzgerald

1       The individuals executing this Consent Judgment and Permanent Injunction
2  represent or confirm that they are duly authorized to do so, and are similarly authorized to
3  bind each of the signatories to this Consent Judgment and Permanent Injunction.
4       CONSENTED TO:
5
6
7
8                                          TACORI ENTERPRISES
9       Dated: December 27, 2015
10
11                                         By: _____
12                                            Haig Tacorian
13
14
15                                         HIR INDUSTRIES, INC.
16      Dated: December 29, 2015
17
18                                         By: _____
19                                            Howard Rothauser
20
21
22      Dated: December 29, 2015            _____
23                                             Howard Rothauser
24
25
26
27
28

Respectfully Submitted,

5

1128145.2

# EXHIBIT A

## SETTLEMENT AGREEMENT

THIS SETTLEMENT AGREEMENT ("AGREEMENT") is entered into by and among Tacori Enterprises ("TACORI"), and HIR Industries, Inc. ("HIR") and Howard Rothauser ("ROTHAUSER") (collectively, "DEFENDANTS") (TACORI, HIR, and ROTHAUSER shall each be referred to individually as a "PARTY" and collectively as the "PARTIES"):

1.      DEFENDANTS will collectively pay TACORI, and TACORI agrees to accept, the sum total amount of $10,500 (the "SETTLEMENT PAYMENT") in full and final satisfaction of the Consent Judgment and Permanent Injunction (the "CONSENT JUDGMENT") entered into in the case *Tacori Enterprises v. HIR Industries, Inc., et al.*, Case No. 2:15-cv-8293 MWF (KSx) (the "ACTION").  The SETTLEMENT PAYMENT shall be made in a first lump sum payment of $1,500, and additional payments of $750 per month for 12 months.   The SETTLEMENT PAYMENT shall be made by cashier's check made payable to Tucker Ellis LLP and delivered to Tucker Ellis LLP, 515 S. Flower Street, Forty-Second Floor, Los Angeles, California 90071.

2.      TACORI shall not be entitled to have the Court enforce or execute on the monetary aspect of the CONSENT JUDGMENT at paragraph 10 of that CONSENT JUDGMENT unless and until there is a breach of this AGREEMENT.

3.      Within 10 days of receipt of the final SETTLEMENT PAYMENT, TACORI shall file a Satisfaction of Judgment of the CONSENT JUDGMENT with the Court.

4.      TACORI and DEFENDANTS acknowledge that they have been represented and advised by independent legal counsel throughout the negotiations which have culminated in the execution of this AGREEMENT, that they understand the terms of this AGREEMENT, and that they have voluntarily executed this AGREEMENT with the consent and on the advice of counsel.

5.      TACORI and DEFENDANTS agree that the entire agreement between TACORI, on the one hand, and DEFENDANTS, on the other hand, and all prior negotiations and understandings between TACORI and DEFENDANTS have been merged in this AGREEMENT

and the CONSENT JUDGMENT, and that this AGREEMENT may not be amended except by a writing signed by TACORI and DEFENDANTS.

6.      TACORI and DEFENDANTS agree that this AGREEMENT shall be binding upon their parent corporations, subsidiary corporations, affiliated companies, representatives, principals, officers, directors, successors-in-interest, predecessors-in-interest, assigns, agents and estates.

7.      TACORI and DEFENDANTS agree that in the event any of the PARTIES shall breach this AGREEMENT, the prevailing party in an action to enforce this AGREEMENT shall be entitled to attorneys' fees, expenses and costs.

8.      TACORI and DEFENDANTS agree that this AGREEMENT shall be construed according to California law.  DEFENDANTS expressly consent to the personal jurisdiction of the courts of California with respect to any dispute arising out of this AGREEMENT.

9.      TACORI and DEFENDANTS agree that this AGREEMENT shall not be construed against the PARTY that drafted it solely because that PARTY drafted it.

10.     TACORI and DEFENDANTS each warrant and represent that the individuals executing this AGREEMENT on their behalf have the legal capacity to enter into this AGREEMENT and authority to bind their respective PARTIES.

11.     TACORI and DEFENDANTS agree that this AGREEMENT may be signed in counterparts and that each executed copy shall be a counterpart original of full force and effect and enforceable against the PARTY executing the counterpart.

12.     In the event that any of the terms, conditions or provisions of this AGREEMENT are held to be illegal, unenforceable or invalid by any court of competent jurisdiction, the legality, validity and enforceability of the remaining terms, conditions or provisions shall not be affected thereby.

13.     TACORI and DEFENDANTS agree that this AGREEMENT is final and binding upon them, and is admissible for the purposes of enforcement.

1128268.1

14.     This AGREEMENT and the CONSENT JUDGMENT are contingent on the Court entering the CONSENT JUDGMENT.  If the Court for any reason does not agree to enter the CONSENT JUDGMENT, then this AGREEMENT and the CONSENT JUDGMENT shall be void and unenforceable.

15.     If for any reason, the Court does not enter the CONSENT JUDGMENT by January 15, 2016, this AGREEMENT and the CONSENT JUDGMENT shall be cancelled and TACORI's counsel shall no later than February 1, 2016, return the SETTLEMENT PAYMENT to Defendant HIR.

16.     Other than the terms found in the CONSENT JUDGMENT, each side is to bear their own attorneys' fees and costs incurred in this ACTION.

Dated: December 29, 2015                    TACORI ENTERPRISES


By: _____
    Haig Tacorian

Dated: December 29 2015                     HIR INDUSTRIES, INC.


By: _____
    Howard Rothauser

Dated: December 29 2015

_____
    Howard Rothauser

3

1128268.1

# EXHIBIT B

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
United States of America

**OFFICIAL SEAL**




**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE
RE

**VA 1-120-166**

EFF.    REGISTRATION

Jul 31 2001
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▽**

HT 2229 TACORI "CRESECENT SILHOUETTE" RING DESIGN

**NATURE OF THIS WORK ▽ See Instructions**

JEWELRY DESIGN

**PREVIOUS OR ALTERNATIVE TITLES ▽**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▽**

If published in a periodical or serial give:    Volume ▽    Number ▽    Issue Date ▽    On Pages ▽

## 2

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a**  **NAME OF AUTHOR ▽**

TACORI ENTERPRISES, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▽    Year Died ▽

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▷ USA
Domiciled in ▷

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph       ☐ Text
☐ Reproduction of work of art  ☑ Jewelry design  ☐ Architectural work

**b**  **NAME OF AUTHOR ▽**

**DATES OF BIRTH AND DEATH**
Year Born ▽    Year Died ▽

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▷
Domiciled in ▷

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map              ☐ Technical drawing
☑ 2-Dimensional artwork     ☐ Photograph       ☐ Text
☐ Reproduction of work of art  ☑ Jewelry design  ☐ Architectural work

## 3

**a**  Year In Which Creation of This Work Was Completed
2000    ◁ Year    This information must be given in all cases.

**b**  Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ▷ 10    Day ▷ 10    Year ▷ 2000
USA    ◁ Nation

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▽

TACORI ENTERPRISES, INC
607 SOUTH HILL STREET #414   LOS ANGELES, CA 90014

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▽

**APPLICATION RECEIVED**
DEC 20 2001

**ONE DEPOSIT RECEIVED**
Jul 31 2001

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▷** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.    • See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY ___ JMM

CHECKED BY ___

☒ CORRESPONDENCE Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▽
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▽          Year of Registration ▽

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▽

**6**

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▽

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▽          Account Number ▽

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▽

HAIG TACORIAN
607 SOUTH HILL STREET #414
LOS ANGELES, CA 90014

Area code and daytime telephone number ▷ ( 213 ) 488-0692          Fax number ▷ ( 213 ) 488-0635

Email ▷ info@tacori.com

**CERTIFICATION** I, the undersigned, hereby certify that I am the

check only one ▷
☐ author
☐ other copyright claimant
☒ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) △

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▽ If this application gives a date of publication in space 3, do not sign and submit it before that date.

HAIG TACORIAN          Date▷ 12/11/01

Handwritten signature ▽
X

**8**

Certificate will be mailed in window envelope to this address:

Name ▽
HAIG TACORIAN

Number/Street/Apt ▽
607 SOUTH HILL STREET #414

City/State/ZIP ▽
LOS ANGELES, CA 90014

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form VA is $30.

**9**

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☼ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**FORM CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

RE

VA 1 – 237 – 005

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Dec     29     2003
Month     Day     Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

## A

Title of Work ▽
**HT 2229 TACORI CRESECENT SILHOUETTE RING DESIGN**

| Registration Number of the Basic Registration ▽ | Year of Basic Registration ▽ |
|---|---|
| VA 1 120 166 | 2001 |

| Name(s) of Author(s) ▽ | Name(s) of Copyright Claimant(s) ▽ |
|---|---|
| TACORI ENTERPRISES INC | TACORI ENTERPRISES INC |

## B

Location and Nature of Incorrect Information in Basic Registration ▽

Line Number **2a**     Line Heading or Description **NAME OF AUTHOR**

Incorrect Information as It Appears in Basic Registration ▽

**TACORI ENTERPRISES INC**

Corrected Information ▽

**TACORI ENTERPRISES**

Explanation of Correction ▽

The official name of the corporation does not include INC

## C

Location and Nature of Information in Basic Registration to be Amplified ▽

Line Number **2b**     Line Heading or Description **NAME OF AUTHOR**

Amplified Information and Explanation of Information ▽

Line Number 2b  Line Heading or Description  Name of Author
Incorrect Information  None supplied
Corrected Information  Anais Designs  Inc
Explanation  Anais Designs  Inc  a California corporation  was an author of the jewelry design as the
contribution was a work made for hire  name and related information was accidentally omitted

Line Number  2b  Line Heading or Description  Was this contribution to the work a "work made for hire"
Incorrect Information  None supplied
Corrected Information  Yes
Explanation  Anais Designs  Inc  a California corporation  was an author of the jewelry design as the
contribution was a work made for hire  name and related information was accidentally omitted

Line Number  2b  Line Heaing or Description  Author's Nationality or Domicile
Incorrect Information  None supplied
Corrected Information  Citizen or domicile of USA
Explanation  Anais Designs  Inc  a California corporation  was an author of the jewelry design as the
contribution was a work made for hire  name and related information was accidentally omitted

MORE ON BACK ▷

FORM CA RECEIVED

DEC 2 9 2003

FUNDS RECEIVED DATE

EXAMINED BY

CORRESPONDENCE ☐

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION    ☐ YES    ☐ NO

FORM CA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET

**D**

Continuation of  ☐ Part B  or  ☐ Part C

Line Number  2b  Line Heading or Description   Was this author's contribution to the work anonymous or
pseudonymous
Incorrect Information   None supplied
Corrected Information   Anonymous  No   Pseudonymous  No
Explanation  Anais Designs  Inc.  a California corporation  was an author of the jewelry design as the contribution
was a work made for hire   name and related information was accidentally omitted

Line Number  2b  Line Heading or Description   Nature of Authorship
Incorrect Information   None Supplied
Corrected Information   Jewelry Design
Explanation  Anais Designs  Inc.  a California corporation  was an author of the jewelry design as the contribution
was a work made for hire   name and related information was accidentally omitted

**E**

Correspondence  Give name and address to which correspondence about this application should be sent

Howard A  Kroll  Esq
350 W  Colorado Blvd  Suite 500
Pasadena  CA 91105

Phone ( 626 ) 795 9900          Fax ( 626 ) 577 8800          Email  howard kroll@cph com

Deposit Account  If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

Name

Account Number

**F**

Certification* I, the undersigned  hereby certify that I am the (Check only one)
☐ author                    ☐ owner of exclusive right(s)
☐ other copyright claimant  ☑ duly authorized agent of  Tacon Enterprises
                            Name of author or other copyright claimant, or owner of exclusive right(s) △
△ of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name ▽  Howard A  Kroll          Date ▽  12 - 22 - 03

Handwritten signature (X)

**G**

Certificate
will be
mailed in
window
envelope
to this
address

Name ▽
Howard A  Kroll  Esq

Number/Street/Apt ▽
350 W  Colorado Blvd  Suite 500

City/State/ZIP ▽
Pasadena  CA 91105

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA PA SE SR TX and VA only Indicate which basic form you are continuing in the space in the upper right-hand corner
- If at all possible try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- Space A of this sheet is intended to identify the basic application
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1 4 or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**FORM** *CA* **/CON**

UNITED STATES COPYRIGHT OFFICE

VA 1-237-005

PA PAU SE SEG SEU SR SRU TX TXU VA VAU

**EFFECTIVE DATE OF REGISTRATION**

Dec 29 2003

*(Month)* *(Day)* *(Year)*

RECEIVED

DEC 29 2003

Page 3 of 4 pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A**
Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work
- TITLE (Give the title as given under the heading Title of this Work in Space 1 of the basic form)

HT 2229 TACORI CRESCENT SILHOUETTE RING DESIGN

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA)

TACORI ENTERPRISES INC 607 South Hill Street #414 Los Angeles CA 90014

**B**
Continuation of Space 2

**d**

| NAME OF AUTHOR ▽ | | DATES OF BIRTH AND DEATH Year Born▽   Year Died▽ |
|---|---|---|

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▷ _____
{ Domiciled in ▷ _____

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▽

**e**

| NAME OF AUTHOR ▽ | | DATES OF BIRTH AND DEATH Year Born▽   Year Died▽ |
|---|---|---|

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▷ _____
{ Domiciled in ▷ _____

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▽

**f**

| NAME OF AUTHOR ▽ | | DATES OF BIRTH AND DEATH Year Born▽   Year Died▽ |
|---|---|---|

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▷ _____
{ Domiciled in ▷ _____

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▽

Use the reverse side of this sheet if you need more space for continuation of Spaces 1 4 or 6 of the basic form or for the

CONTINUATION OF (Check which)   ☐ Space 1   ☑ Space 2,4,6,   ☐ Space 6

Line Number   4   Line Heading or Description   Copyright Claimants
Incorrect Information   TACORI ENTERPRISES   INC
607 South Hill Street   #414
Los Angeles   California 90014
Corrected Information   TACORI ENTERPRISES
1736 Gardena Avenue
Glendale   California 91204
Explanation   The official name of the corporation does not include   INC   They have changed address

Line Number   4   Line Heading or Description   Transfer
Incorrect Information   None Supplied
Corrected Information   by Assignment
Explanation   Information was accidentally omitted

C
Continuation
of other
Spaces

Certificate
will be
mailed in
window
envelope
to this
address

Name ▽
Howard A. Kroll Esq

Number/Street/Apt ▽
350 W. Colorado Street, Suite 500

City/State/ZIP ▽
Pasadena   California 91105

MAIL CERT
Complete all necessary spaces
Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1  Application form
2  Nonrefundable fee in check or
money order payable to Register
of Copyrights
3  Deposit Material

MAIL TO
Library of Congress  Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form CA**
For Supplementary Registration
**UNITED STATES COPYRIGHT OFFICE**

REGISTRATION NUMBER

**VA 1—327—576**



| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

August 22 2005
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Title of Work ▼

**HT 2229 TACORI "CRESECENT SILHOUETTE" RING DESIGN**

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
|---|---|
| VA 1-120-166 | 2001 |

| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
|---|---|
| TACORI ENTERPRISES, INC. | TACORI ENTERPRISES, INC. |

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number **3a**   Line Heading or Description **Year creation of this work was completed**

Incorrect Information as It Appears in Basic Registration ▼

2000

Corrected Information ▼

1999

Explanation of Correction ▼

The year in which the work was created was mistaken.

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____   Line Heading or Description _____

Amplified Information and Explanation of Information ▼

---

MORE ON BACK ▶   • Complete all applicable spaces (D-G) on the reverse side of this page.   • See detailed instructions.   • Sign the form at line ___.   DO NOT WRITE HERE

Exhibit B
Page 16

FORM CA RECEIVED

**AUG 2 2 2005**

FUNDS RECEIVED DATE

EXAMINED BY

CORRESPONDENCE ☐

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION ☒ YES ☐ NO

FORM CA.

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☒ Part B *or* ☐ Part C

Line Number: 3b
Line Heading or Description: Date and Nation of First Publication of this Particular Work
Incorrect Information: Month: 10 Day: 10 Year: 2000
Corrected Information: Month: 11 Day: 17 Year: 1999
Explanation: The date on which the work was published was mistaken.

Correspondence: Give name and address to which correspondence about this application should be sent.
Howard A. Kroll, Esq.
350 West Colorado Blvd., Suite 500, Pasadena, California 91105

Phone ( 626 ) 795-9900          Fax ( 626 ) 577-8800          Email howard.kroll@cph.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author                    ☐ owner of exclusive right(s)
☐ other copyright claimant  ☒ duly authorized agent of __Tacori Enterprises__
                            Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▽ Howard A. Kroll, Esq.                    Date ▽ 8/18/05

Handwritten signature (X) ▽

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▽
Howard A. Kroll, Esq.

Number/Street/Apt ▽
350 West Colorado Blvd., Suite 500

City/State/ZIP ▽
Pasadena, California 91105

• Complete all necessary spaces
• Sign your application in Space F.

1. Application form
2. Nonrefundable filing fee in check or
   money order payable to *Register of
   Copyrights*
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

Exhibit B
Page 17

U.S. Government Printing Office: 2002-491-423/60,009

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**OFFICIAL SEAL**

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT ----





**VA 1-147-455**

**EFFECTIVE DATE OF REGISTRATION**

| Month | Day | Year |
|-------|-----|------|
| 4 | 12 | 02 |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▽**

HT 2229 A TACORI "CRESCENT SILHOUETTE" RING DESIGN

**NATURE OF THIS WORK ▽** See Instructions

JEWELRY DESIGN

**PREVIOUS OR ALTERNATIVE TITLES ▽**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.     **Title of Collective Work ▽**

If published in a periodical or serial give: **Volume ▽**     **Number ▽**     **Issue Date ▽**     **On Pages ▽**

## 2

**a**

**NAME OF AUTHOR ▽**

TACORI ENTERPRISES, INC

**DATES OF BIRTH AND DEATH**
Year Born ▽     Year Died ▽

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR ⎰ Citizen of ▷ USA
   ⎱ Domiciled in ▷

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☒ Jewelry design   ☐ Architectural work

**b**

**NAME OF AUTHOR ▽**

**DATES OF BIRTH AND DEATH**
Year Born ▽     Year Died ▽

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR ⎰ Citizen of ▷
   ⎱ Domiciled in ▷

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

## 3

**a** Year In Which Creation of This Work Was Completed     2000     ◁ Year   This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work Complete this information ONLY if this work has been published.     Month ▷ 10   Day ▷ 10   Year ▷ 2000
USA     ◁ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▽

TACORI ENTERPRISES, INC
607 SOUTH HILL STREET #414 LOS ANGELES, CA 90014

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▽

**APPLICATION RECEIVED**
Apr 12 2002

**ONE DEPOSIT RECEIVED**
Apr 12 2002

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

*DO NOT WRITE HERE / OFFICE USE ONLY*

---

**MORE ON BACK ▷**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
   • See detailed instructions.   • Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of ____ pages

EXAMINED BY

CHECKED BY

FORM VA

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▽
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▽          Year of Registration ▽

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▽

**6**

**a**

See instructions
before completing
this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▽

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▽          Account Number ▽

**7**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▽

**b**

HAIG TACORIAN
607 SOUT HILL STREET #414
LOS ANGELES, CA 90014

Area code and daytime telephone number ▷ ( 213 ) 488-0692          Fax number ▷ ( 213 ) 488-0635

Email ▷ info@tacori.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
check only one ▷
☐ author
☐ other copyright claimant
☑ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▽ If this application gives a date of publication in space 3, do not sign and submit it before that date.
HAIG TACORIAN          Date ▷ 04/09/02

Handwritten signature (X) ▽
X _____

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▽
HAIG TACORIAN

Number/Street/Apt ▽
607 SOUTH HILL #414

City/State/ZIP ▽
LOS ANGELES, CA 90014

**9**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money     As of July 9, 1999,
order payable to Register of Copyrights     the filing fee for
3. Deposit material     Form VA is $30.
MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—100,000          ⊕ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71
WEB REV. June 1999





# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**FORM CA**
For Supplementary Registration
**UNITED STATES COPYRIGHT OFFICE**
REGISTRATION NUMBER

**VA 1–237–015**



TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Dec 29 2003
Month     Day     Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET



**A**

Title of Work ▽
HT 2229 A TACORI  CRESCENT SILHOUETTE" RING DESIGN

| Registration Number of the Basic Registration ▽ | Year of Basic Registration ▽ |
|---|---|
| VA 1-147-455 | 2002 |
| Name(s) of Author(s) ▽ | Name(s) of Copyright Claimant(s) ▽ |
| TACORI ENTERPRISES  INC | TACORI ENTERPRISES  INC |



**B**

Location and Nature of Incorrect Information in Basic Registration ▽

Line Number **2a**          Line Heading or Description **NAME OF AUTHOR**

Incorrect Information as it Appears in Basic Registration ▽

**TACORI ENTERPRISES  INC**

Corrected Information ▽

**TACORI ENTERPRISES**

Explanation of Correction ▽

The official name of the corporation does not include  INC

---

**C**

Location and Nature of Information in Basic Registration to be Amplified ▽

Line Number **2b**          Line Heading or Description  NAME OF AUTHOR

Amplified Information and Explanation of Information ▽

Line Number 2b  Line Heading or Description  Name of Author
Incorrect Information  None supplied
Corrected Information  Anais Designs  Inc
Explanation  Anais Designs  Inc  a California corporation  was an author of the jewelry design as the contribution was a work made for hire  name and related information was accidentally omitted

Line Number  2b  Line Heading or Description  Was this contribution to the work a "work made for hire
Incorrect Information  None supplied
Corrected Information  Yes
Explanation  Anais Designs  Inc  a California corporation  was an author of the jewelry design as the contribution was a work made for hire  name and related information was accidentally omitted

Line Number  2b  Line Heading or Description  Author's Nationality or Domicile
Incorrect Information  None supplied
Corrected Information  Citizen or domicile of USA
Explanation  Anais Designs  Inc  a California corporation  was an author of the jewelry design as the contribution was a work made for hire  name and related information was accidentally omitted

---

MORE ON BACK ▷   Complete all applicable spaces (D-G) on the reverse side of this page.   See detailed instructions.   Sign the form at space F.

DO NOT WRITE HERE

Page 1 of ____ pages

Exhibit B
Page 22

FORM CA RECEIVED

FORM CA

DEC 2 9 2003
FUNDS RECEIVED DATE

EXAMINED BY

CORRESPONDENCE ☐

FOR
COPYRIGHT
OFFICE
USE
ONLY

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION   ☑ YES   ☐ NO

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**D**

Continuation of  ☐ Part B  or  ☑ Part C

Line Number  2b  Line Heading or Description   Was this author's contribution to the work anonymous or
pseudonymous
Incorrect Information   None supplied
Corrected Information   Anonymous  No   Pseudonymous   No
Explanation   Anais Designs  Inc  a California corporation  was an author of the jewelry design as the contribution
was a work made for hire   name and related information was accidentally omitted

Line Number  2b  Line Heading or Description   Nature of Authorship
Incorrect Information   None Supplied
Corrected Information   Jewelry Design
Explanation  Anais Designs  Inc  a California corporation  was an author of the jewelry design as the contribution
was a work made for hire   name and related information was accidentally omitted

**E**

Correspondence  Give name and address to which correspondence about this application should be sent

Howard A  Kroll  Esq
350 W  Colorado Blvd  Suite 500
Pasadena  CA 91105

Phone ( 626 ) 795 9900         Fax ( 626 ) 577-8800         Email  howard kroll@cph com

Deposit Account  If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

Name

Account Number

**F**

Certification* I, the undersigned  hereby certify that I am the (Check only one)
☐ author                        ☐ owner of exclusive right(s)
☐ other copyright claimant   ☑ duly authorized agent of   Tacon Enterprises
                                    Name of author or other copyright claimant, or owner of exclusive right(s) △
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name ▽    Howard A  Kroll                             Date ▽ 12-22-03

Handwritten signature (X) ▽

**G**

Certificate
will be
mailed in
window
envelope
to this
address

Name ▽
Howard A  Kroll  Esq

Number/Street/Apt ▽
350 W  Colorado Blvd  Suite 500

City/State/ZIP ▽
Pasadena  CA 91105

# CONTINUATION SHEET
# FOR APPLICATION FORMS

**FORM** *CA* **/CON**

UNITED STATES COPYRIGHT OFFICE

RE    VA 1-237-015

PA PAU SE SEG SEU SR SRU TX TXU VA VAU

EFFECTIVE DATE OF REGISTRATION

Dec. 29 2003
(Month)          (Day)          (Year)

CONTINUATION SHEET RECEIVED

DEC 29 2003

Page __3__ of __4__ pages

- This Continuation Sheet is used in conjunction with Forms CA PA SE SR TX and VA only Indicate which basic form you are continuing in the space in the upper right-hand corner
- If at all possible try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- Space A of this sheet is intended to identify the basic application Space B is a continuation of Space 2 on the basic application Space B is not applicable to Short Forms
- Space C (on the reverse side of this sheet) is for the continuation of Spaces 1 4 or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA TX or VA

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**A**
Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work
- TITLE (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form)

HT 2229 A TACORI  CRESCENT SILHOUETTE  RING DESIGN

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S)  (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA)

TACORI ENTERPRISES INC  607 South Hill Street #414 Los Angeles CA 90014

**B**
Continuation of Space 2

**d**

NAME OF AUTHOR ▽

DATES OF BIRTH AND DEATH
Year Born▽          Year Died▽

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR {Citizen of ▷ _____
Domiciled in ▷ _____

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▽

**e**

NAME OF AUTHOR ▽

DATES OF BIRTH AND DEATH
Year Born▽          Year Died▽

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR {Citizen of ▷ _____
Domiciled in ▷ _____

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▽

**f**

NAME OF AUTHOR ▽

DATES OF BIRTH AND DEATH
Year Born▽          Year Died▽

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR {Citizen of ▷ _____
Domiciled in ▷ _____

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▽

Use the reverse side of this sheet if you need more space for the continuation of Spaces 1 4 or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA

CONTINUATION OF (Check which)   ☐ Space 1   ☑ Space *B & C*   ☐ Space 6

**C**

Continuation
of other
Spaces

Line Number  4  Line Heading or Description  Copyright Claimants
Incorrect Information    TACORI ENTERPRISES  INC
                        607 South Hill Street  #414
                        Los Angeles  California  90014
Corrected Information    TACORI ENTERPRISES
                        1736 Gardena Avenue
                        Glendale  California 91204
Explanation  The official name of the corporation does not include  INC   They have changed address

Line Number  4  Line Heading or Description  Transfer
Incorrect Information  None Supplied
Corrected Information  by Assignment
Explanation  Information was accidentally omitted

---

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Howard A  Kroll  Esq

Number/Street/Apt ▼
350 W  Colorado Street, Suite 500

City/State/ZIP ▼
Pasadena  California 91105

YOU MUST
Complete all necessary spaces
Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable fee in check or
money order payable to Register
of Copyrights
3. Deposit Material

MAIL TO
Library of Congress  Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

**D**



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

VA 1-327-585

TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

August 22 2005
Month  Day  Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of Work ▼**

HT 2229 A TACORI "CRESCENT SILHOUETTE" RING DESIGN

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
|---|---|
| VA 1-147-455 | 2002 |

| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
|---|---|
| TACORI ENTERPRISES, INC | TACORI ENTERPRISES, INC |

**Location and Nature of Incorrect Information in Basic Registration ▼**

Line Number **3a**                    Line Heading or Description **Year creation of this work was completed**

**Incorrect Information as It Appears in Basic Registration ▼**

2000

**Corrected Information ▼**

1999

**Explanation of Correction ▼**

The year in which the work was created was mistaken.

**Location and Nature of Information in Basic Registration to be Amplified ▼**

Line Number _____ Line Heading or Description _____

**Amplified Information and Explanation of Information ▼**

MORE ON BACK ▶   • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.   • Sign the form at Space F.

Exhibit B
Page 26

DO NOT WRITE HERE

| FORM CA RECEIVED | | FORM CA |
| --- | --- | --- |
| | AUG 2 2 2005 | |
| FUNDS RECEIVED DATE | | |
| EXAMINED BY | | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ▢ | | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☒ YES ▢ NO | | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☒ Part B or ▢ Part C

Line Number: 3b
Line Heading or Description:  Date and Nation of First Publication of this Particular Work
Incorrect Information: Month: 10 Day: 10 Year: 2000
Corrected Information:  Month: 02 Day: 24 Year: 2000
Explanation:  The date on which the work was published was mistaken.

Correspondence: Give name and address to which correspondence about this application should be sent.

Howard A. Kroll, Esq.
350 West Colorado Blvd., Suite 500, Pasadena, California 91105

Phone (626 ) 795-9900          Fax (626 ) 577-8800          Email howard.kroll@cph.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the: (Check only one)

▢ author                    ▢ owner of exclusive right(s)
▢ other copyright claimant   ☒ duly authorized agent of   Tacori Enterprises

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▽ Howard A. Kroll, Esq.          Date ▽ F-18-05

Handwritten signature (X) ▽

| Certificate will be mailed in window envelope to this address: | Name ▽  Howard A. Kroll, Esq. | • Complete all necessary spaces • Sign your application in Space F |
| --- | --- | --- |
| | Number/Street/Apt ▽  350 West Colorado Blvd., Suite 500 | 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights |
| | City/State/ZIP ▽  Pasadena, California 91105 | Library of Congress Copyright Office 101 Independence Avenue, S.E. Washington, D.C. 20559-6000 |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

U.S. Government Printing Office: 2002-491-423/60,009

**EXHIBIT C**

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,728,425**
Registered Dec. 22, 2009

TACORI ENTERPRISES (CALIFORNIA CORPORATION)
1736 GARDENA AVENUE
GLENDALE, CA 91204

**Int. Cl.: 14**

FOR: JEWELRY; AND JEWELRY NAMELY, FINE JEWELRY RINGS, EARRINGS, BRACE-
LETS AND NECKLACES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

**TRADEMARK
PRINCIPAL REGISTER**

FIRST USE 11-16-1999; IN COMMERCE 11-17-1999.

THE MARK CONSISTS OF THE APPEARANCE OF PORTIONS OF TWO ESSENTIALLY
CONCENTRIC RINGS, WITH ONE OF THE RINGS HAVING A LARGER DIAMETER THAN
THE OTHER. EMBEDDED BETWEEN THE RINGS ARE REPEATING SEMI-CIRCLES OR
ARCS WHICH APPEAR CONTIGUOUS TO EACH OTHER. A SPACE IS CREATED BETWEEN
THE CONTIGUOUS SEMI- CIRCLES OR ARCS. THE DOTTED LINES SHOW THE PLACE-
MENT OF THE MARK ON THE GOODS.

SEC. 2(F).

SER. NO. 78-616,138, FILED 4-25-2005.

PAM WILLIS, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

Exhibit C
Page 28

---

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL
### TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
### DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §1058. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date. *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period calculated from the registration date.

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must also timely file the Declarations of Use (or Excusable Nonuse) referenced above at the USPTO based on the U.S. registration date (not the international registration date). However, the grace periods for these registrations are different, as is the time period for filing the declarations of use due every ten years after the registration date. The declarations due every ten years must be filed within six months before expiration of the ten year period. In addition, there is no grace period for the declaration due between the 5th and 6th years after the registration date, and there is a three-month grace period for the declarations due every ten years. *See* 15 U.S.C. §1141k. Further, owners of these registrations do not file renewal applications at the USPTO, but instead must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. You can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# EXHIBIT D

BBB A+ RATING  •  30-DAY MONEY BACK  •  FREE RING RESIZING  •  PAY WITH PAYPAL  •  LEVEL 2 SSL SECURE CART  •  FREE SHIPPING      Login   Cart (0)

 **DACARLI** unique designs

(888) 527- 9422

ENGAGEMENT  | RINGS  | PENDANTS  | EARRINGS  | BRACELETS  | NECKLACES  | BLOG  | TESTIMONIALS        search here

Home › Search

**Enter your keywords:**

tacori      [ Search ]

## Search results



**Vintage Tacori Style Diamond Engagement Setting**
This Vintage Tacori Style Diamond Engagement Setting can accommodate up to a 1.00ct diamond. It can be customized to fit larger sizes. This ring is adorned with 0.60cts of brilliant round diamonds. The antique engraving and the milgrain detail give this diamond engagement ring the unmistakable appearance of the antique rings.



**Antique White Gold Tacori Style Diamond Wedding Band**
This tacori style diamond wedding band is adorned with a total of 0.75 ct of brilliant round diamonds. This intricately designed antique style band has diamonds in milgrain sections on three sides. The under ring is characterized by smooth openwork. Finely scalloped semicircles are created by the milgrain on the sides, and there is a small sizing bar at the bottom of this diamond ring.



**Antique Tacori Style Oval Diamond Engagement Ring Setting**
This Antique Tacori Style Oval Diamond Engagement Ring Setting can accommodate between a 1.00ct and 1.50ct oval cut center diamond. This engagement setting has brilliant round diamonds and baguette-shaped accent diamonds.



**Tacori Style Antique Diamond Wedding Band**
This tacori style antique inspired diamond wedding band is adorned with a total of 0.75 ct of brilliant round diamonds. This intricately designed antique style band has diamonds in milgrain sections on three sides. The under gallery of this band is characterized by filigree openwork. Finely scalloped arches are created by the milgrain on the sides.



**Large Antique Tacori Style Two Ring Engagement Setting**
This two ring set has a combined total weight of 2.00 ct of brilliant round and trillion accent diamonds. The engagement ring setting can hold a center diamond of any shape weighing between 0.75ct up to 3.00ct. This ring is customized according to the size and shape of center diamond chosen.



**Antique Tacori Style Two Piece Engagement Setting**
This antique style engagement ring set is adorned with 1.40cts of brilliant round diamonds and can accommodate a center diamond weighing between 0.55ct and up to 0.65ct. We can customize the center settng to accomodate larger and smaller diamonds. These matching antique style rings are solid 14K white gold. They have milgrain on three sides, and diamonds down the shoulders of the shank.



**Wide 14K White Gold Tacori Style Diamond Anniversary Band**
This wide vintage diamond anniversary band is set with 1.50ct of brilliant round diamonds. This antique style diamond band has milgrain edges, antique scrollwork and open galleries. There are larger diamonds on the edge and smaller diamonds on the two outer edges. This substantial diamond ring has a wonderful antique flavor, and is beautiful to wear.

| Engagement | Jewelry | Articles | Information |
|---|---|---|---|
| Antique Rings | Heart Pendant | Choose Flattering Earrings | FAQ |
| Blue Sapphire Ring | Cross Pendant | Diamond Buying Guide | Testimonials |
| Antique Engagement Rings | Diamond Heart Pendant | What Is Milgrain? | Customize Your Jewelry |
| Wedding Jewelry | Gold Cross Pendant | History Of Engagement Rings | Estate Buyers |
| Solitaire Rings | Diamond Bracelet | The History Of Pendants | International Orders |
| Emerald Ring | Stud Earrings | Your Jewelry Wardrobe | Privacy Policy |
| Antique Ring | Bracelet Necklace | Learn About Sapphires | Returns |
| Sapphire Rings | Marquise Rings | Everything Old Is New Again | Terms & Conditions |
| Emerald Rings | Diamond Cross Pendant | Birthstones | About us |
| Tanzanite Rings | | | Contact Us |
| | | | Site Map |

**Great**
based on **21.00** reviews
✪TRUSTPILOT

BBB A+ RATING  •  30-DAY MONEY BACK  •  FREE RING RESIZING  •  PAY WITH PAYPAL  •  LEVEL 2 SSL SECURE CART  •  FREE SHIPPING     Login   Cart (0)

# DACARLI
unique designs

(888) 527-9422

ENGAGEMENT | RINGS | PENDANTS | EARRINGS | BRACELETS | NECKLACES | BLOG | TESTIMONIALS     search here

Home › Engagement › Antique Style Rings › Engagement Rings



**Design Your Own Ring Build A Custom Piece**

**Create Your Own Price Select SS 10K 14K 18K Plat Cz -White-Sapphires Or Any Of 3 Diamond Qualities**

Pin it   Like   g +1

*delivery estimate 3 business days*    FREE SHIPPING PRIORITY MAIL

### Vintage Tacori Style Diamond Engagement Setting

| summary | $1,185.00 |
|---|---|
| Ring Setting in solid 14k White Gold, Size 7.5 (With NO Centerstone) | add to cart |

| 1 | CHOOSE YOUR FINGER SIZE | 7.5 |
|---|---|---|
| 2 | CHOOSE THE METAL - 14k White Gold | 14K |
| 3 | CHOOSE A CENTERSTONE: | ✕ |
| 4 | CHOOSE ACCENTS TYPE - SI2 Diamond Accents | |

**Can be set with the following centerstone shapes:**

      

**Matching Band:**



$1,225.00     $1,225.00
**Tacori Style Antique Diamond Wedding Band**    **Antique Tacori Style Two Piece Engagement Setting**

**Description**    **Specifications**    **Stones**    **Reviews (2)**

This Vintage Tacori Style Diamond Engagement Setting can accommodate up to a 1.00ct diamond. It can be customized to fit larger sizes. This ring is adorned with 0.60cts of brilliant round diamonds. The antique engraving and the milgrain detail give this diamond engagement ring the unmistakable appearance of the antique rings.

At Dacarli, emphasis is placed on design, quality, and Old World European craftsmanship. Our antique diamond ring settings have thick and durable shanks which will give many years of trouble-free wear. The characteristics of these vintage rings are milgrain, antique engraving and scrollwork.

The settings for our diamond engagement rings are made in our Florida factory using the finest gold and G-H color, SI clarity conflict-free diamonds. Dacarli has been manufacturing diamond jewelry for three generations, since 1939.

Special order in 18K white or yellow gold or Platinum, and any color gems.

**Model Number: 10971**

**Similar Products:**



**Engagement**

Antique Rings
Blue Sapphire Ring
Antique Engagement Rings
Wedding Jewelry
Solitaire Rings
Emerald Ring
Antique Ring
Sapphire Rings
Emerald Rings
Tanzanite Rings

**Jewelry**

Heart Pendant
Cross Pendant
Diamond Heart Pendant
Gold Cross Pendant
Diamond Bracelet
Stud Earrings
Bracelet Necklace
Marquise Rings
Diamond Cross Pendant

**Articles**

Choose Flattering Earrings
Diamond Buying Guide
What Is Milgrain?
History Of Engagement Rings
The History Of Pendants
Your Jewelry Wardrobe
Learn About Sapphires
Everything Old Is New Again
Birthstones

**Information**

FAQ
Testimonials
Customize Your Jewelry
Estate Buyers
International Orders
Privacy Policy
Returns
Terms & Conditions
About us
Contact Us
Site Map

**Great**
based on **21.00** reviews
TRUSTPILOT

BBB A+ RATING  •  30-DAY MONEY BACK  •  FREE RING RESIZING  •  PAY WITH PAYPAL  •  LEVEL 2 SSL SECURE CART  •  FREE SHIPPING

Login  Cart (0)

## DACARLI
### unique designs

(888) 527- 9422

ENGAGEMENT  | RINGS  | PENDANTS  | EARRINGS  | BRACELETS  | NECKLACES  | BLOG  | TESTIMONIALS

search here

Home › Engagement › Antique Style Rings › Wedding Bands



**Design Your Own Ring Build A Custom Piece**

**Create Your Own Price Select SS 10K 14K 18K Plat Cz -White-Sapphires Or Any Of 3 Diamond Qualities**

Pin it    Like    +1

*delivery estimate 3 business days*

FREE SHIPPING PRIORITY MAIL

**Antique White Gold Tacori Style Diamond Wedding Band**

| summary | **$1,475.00** |
|---|---|
| Ring Band in solid 14k white gold, Size 7.5, set with a total of 0.75 ct of diamonds. | add to cart |

| 1 | CHOOSE YOUR FINGER SIZE | 7.5 |
|---|---|---|
| 2 | CHOOSE THE METAL - 14k White Gold | 14K |
| 3 | CHOOSE DIAMONDS TYPE - SI2 Diamond Accents | |




Matching Engagement Ring:

$2,325.00
**Vintage Filigree Milgrain Trillion Engagement Setting**

$2,499.00
**Large Antique Tacori Style Two Ring Engagement Setting**



| Description | Specifications | Stones | Reviews (2) |
|---|---|---|---|

This tacori style diamond wedding band is adorned with a total of 0.75 ct of brilliant round diamonds. This intricately designed antique style band has diamonds in milgrain sections on three sides. The under ring is characterized by smooth openwork. Finely scalloped semicircles are created by the milgrain on the sides, and there is a small sizing bar at the bottom of this diamond ring.

The characteristics of these antique style bands are milgrain, engraving and scrollwork. Our rings have thick and durable shanks which will give many years of trouble-free wear. Dacarli has been manufacturing diamond jewelry for three generations, since 1939.

At Dacarli, emphasis is placed on design, quality, and Old World European craftmanship. The settings for our rings are made in our Florida factory using the finest metals and G-H color, SI clarity conflict-free diamonds.

Special order in 18K white or yellow gold or Platinum.

**Model Number: 10977**

Similar Products:

**Engagement**
Antique Rings
Blue Sapphire Ring
Antique Engagement Rings
Wedding Jewelry
Solitaire Rings
Emerald Ring
Antique Ring
Sapphire Rings
Emerald Rings
Tanzanite Rings

**Jewelry**
Heart Pendant
Cross Pendant
Diamond Heart Pendant
Gold Cross Pendant
Diamond Bracelet
Stud Earrings
Bracelet Necklace
Marquise Rings
Diamond Cross Pendant

**Articles**
Choose Flattering Earrings
Diamond Buying Guide
What Is Milgrain?
History Of Engagement Rings
The History Of Pendants
Your Jewelry Wardrobe
Learn About Sapphires
Everything Old Is New Again
Birthstones

**Information**
FAQ
Testimonials
Customize Your Jewelry
Estate Buyers
International Orders
Privacy Policy
Returns
Terms & Conditions
About us
Contact Us
Site Map

**Great**
based on **21.00** reviews
TRUSTPILOT

BBB A+ RATING  •  30-DAY MONEY BACK  •  FREE RING RESIZING  •  PAY WITH PAYPAL  •  LEVEL 2 SSL SECURE CART  •  FREE SHIPPING     Login   Cart (0)

# DACARLI
### unique designs

(888) 527- 9422

ENGAGEMENT   | RINGS   | PENDANTS   | EARRINGS   | BRACELETS   | NECKLACES   | BLOG   | TESTIMONIALS     search here

Home › Engagement › Antique Style Rings › Engagement Rings



**Design Your Own Ring Build A Custom Piece**

**Create Your Own Price Select SS 10K 14K 18K Plat Cz -White-Sapphires Or Any Of 3 Diamond Qualities**

Pin it   Like   +1

delivery estimate 3 business days    FREE SHIPPING PRIORITY MAIL

### Antique Tacori Style Oval Diamond Engagement Ring Setting

| summary | |
|---|---|
| Ring Setting in solid 14k White Gold, Size 7.5 (With NO Centerstone) | **$1,040.00** |
| | add to cart |

| | | |
|---|---|---|
| 1 | CHOOSE YOUR FINGER SIZE | 7.5 |
| 2 | CHOOSE THE METAL - 14k White Gold | 14K |
| 3 | CHOOSE A CENTERSTONE: | ✕ |
| 4 | CHOOSE ACCENTS TYPE - SI2 Diamond Accents | |

**Description**    Specifications    Stones    Reviews (3)

This Antique Tacori Style Oval Diamond Engagement Ring Setting can accommodate between a 1.00ct and 1.50ct oval cut center diamond. This engagement setting has brilliant round diamonds and baguette-shaped accent diamonds.

The characteristics of antique rings are milgrain, antique engraving and scrollwork: this has all three. The open filigree design in the gallery and the antique engraving give this ring the distinct appearance of an antique engagement ring.

Our diamond engagement rings have thick and durable shanks which will give many years of trouble-free wear. Dacarli has been manufacturing diamond jewelry for three generations, since 1939.

At Dacarli, emphasis is placed on design, quality, and Old World European craftmanship. The settings for our vintage style engagement rings are made in our Florida factory using the finest gold and G-H color, SI clarity conflict-free diamonds.

Special order in 18K white or yellow gold or Platinum.

**Model Number: 10982**

Similar Products:

Can be set with the following centerstone shapes:


       

Matching Band:

    

**$999.00**      **$725.00**

Vintage Oval Engagement Mount With Diamond Pave And Milgrain    Antique Oval Filigree Milgrain Diamond Engagement Setting



| Engagement | Jewelry | Articles | Information |
|---|---|---|---|
| Antique Rings | Heart Pendant | Choose Flattering Earrings | FAQ |
| Blue Sapphire Ring | Cross Pendant | Diamond Buying Guide | Testimonials |
| Antique Engagement Rings | Diamond Heart Pendant | What Is Milgrain? | Customize Your Jewelry |
| Wedding Jewelry | Gold Cross Pendant | History Of Engagement Rings | Estate Buyers |
| Solitaire Rings | Diamond Bracelet | The History Of Pendants | International Orders |
| Emerald Ring | Stud Earrings | Your Jewelry Wardrobe | Privacy Policy |
| Antique Ring | Bracelet Necklace | Learn About Sapphires | Returns |
| Sapphire Rings | Marquise Rings | Everything Old Is New Again | Terms & Conditions |
| Emerald Rings | Diamond Cross Pendant | Birthstones | About us |
| Tanzanite Rings | | | Contact Us |
| | | | Site Map |

**Great**

based on **21.00** reviews

TRUSTPILOT

BBB A+ RATING  •  30-DAY MONEY BACK  •  FREE RING RESIZING  •  PAY WITH PAYPAL  •  LEVEL 2 SSL SECURE CART  •  FREE SHIPPING        Login   Cart (0)

## DACARLI
### unique designs

(888) 527- 9422

ENGAGEMENT  | RINGS  | PENDANTS  | EARRINGS  | BRACELETS  | NECKLACES  | BLOG  | TESTIMONIALS          search here

Home › Engagement › Antique Style Rings › Wedding Bands



**Design Your Own Ring Build A Custom Piece**

**Create Your Own Price Select SS 10K 14K 18K Plat Cz -White-Sapphires Or Any Of 3 Diamond Qualities**

    Pin it   Like   +1

*delivery estimate 3 business days*   FREE SHIPPING PRIORITY MAIL 

**Tacori Style Antique Diamond Wedding Band**

| summary | |
|---|---|
| Ring Band in solid 14k white gold, Size 7.5, set with a total of 0.75 ct of diamonds. | **$1,225.00** |
| | add to cart |

| 1 | CHOOSE YOUR FINGER SIZE | 7.5 |
|---|---|---|
| 2 | CHOOSE THE METAL - 14k White Gold | 14K |
| 3 | CHOOSE DIAMONDS TYPE - SI2 Diamond Accents | |



**Matching Engagement Ring:**



$1,185.00
**Vintage Tacori Style Diamond Engagement Setting**

$1,225.00
**Antique Tacori Style Two Piece Engagement Setting**

**Description**    **Specifications**    **Stones**    **Reviews**

This tacori style antique inspired diamond wedding band is adorned with a total of 0.75 ct of brilliant round diamonds. This intricately designed antique style band has diamonds in milgrain sections on three sides. The under gallery of this band is characterized by filigree openwork. Finely scalloped arches are created by the milgrain on the sides.

The characteristics of these antique style bands are milgrain, engraving and filigree. Our rings have thick and durable shanks which will give many years of trouble-free wear. Dacarli has been manufacturing diamond jewelry for three generations, since 1939.

At Dacarli, emphasis is placed on design, quality, and Old World European craftsmanship. The settings for our rings are made in our Florida factory using the finest metals and G-H color, SI clarity conflict-free diamonds.

Special order in 18K white or yellow gold or Platinum

**Model Number: 13446**

**Similar Products:**



### Engagement
Antique Rings
Blue Sapphire Ring
Antique Engagement Rings
Wedding Jewelry
Solitaire Rings
Emerald Ring
Antique Ring
Sapphire Rings
Emerald Rings
Tanzanite Rings

### Jewelry
Heart Pendant
Cross Pendant
Diamond Heart Pendant
Gold Cross Pendant
Diamond Bracelet
Stud Earrings
Bracelet Necklace
Marquise Rings
Diamond Cross Pendant

### Articles
Choose Flattering Earrings
Diamond Buying Guide
What Is Milgrain?
History Of Engagement Rings
The History Of Pendants
Your Jewelry Wardrobe
Learn About Sapphires
Everything Old Is New Again
Birthstones

### Information
FAQ
Testimonials
Customize Your Jewelry
Estate Buyers
International Orders
Privacy Policy
Returns
Terms & Conditions
About us
Contact Us
Site Map

**Great**
based on **21.00** reviews
TRUSTPILOT

BBB A+ RATING  •  30-DAY MONEY BACK  •  FREE RING RESIZING  •  PAY WITH PAYPAL  •  LEVEL 2 SSL SECURE CART  •  FREE SHIPPING    Login    Cart (0)

**DACARLI** unique designs

(888) 527- 9422

ENGAGEMENT  | RINGS  | PENDANTS  | EARRINGS  | BRACELETS  | NECKLACES  | BLOG  | TESTIMONIALS          search here

Home › Engagement › Antique Style Rings › Wedding Sets



Design Your Own Ring Build A Custom Piece

Create Your Own Price Select SS 10K 14K 18K Plat Cz -White-Sapphires Or Any Of 3 Diamond Qualities

    

delivery estimate 3 business days

FREE SHIPPING PRIORITY MAIL

**Large Antique Tacori Style Two Ring Engagement Setting**

| summary | $3,499.00 |
|---|---|
| ☑ Engagement Ring Set in solid 14k White Gold, Size 7.5 (With NO Centerstone) | add to cart |

| 1 | CHOOSE YOUR FINGER SIZE | 7.5 |
|---|---|---|
| 2 | CHOOSE THE METAL - 14k White Gold | 14K |
| 3 | CHOOSE A CENTERSTONE: | ✕ |
| 4 | CHOOSE ACCENTS TYPE - SI2 Diamond Accents | |

**Can be set with the following centerstone shapes:**



**Sold Separately:**



$2,325.00
Vintage Filigree Milgrain Trillion Engagement Setting

$1,475.00
Antique White Gold Tacori Style Diamond Wedding Band

Description    Specifications    Stones    Reviews (2)

This two ring set has a combined total weight of 2.00 ct of brilliant round and trillion accent diamonds. The engagement ring setting can hold a center diamond of any shape weighing between 0.75ct up to 3.00ct. This ring is customized according to the size and shape of center diamond chosen.

This exquisite wedding set is reminiscent of the antique style of jewelry. It is made of solid 14K white gold. The sides of the rings are incised with engraving featuring milgrain work and smaller diamond accents. The head of the engagement ring is set with a round cut brilliant diamond (Not Included). The center diamond is flanked by two trillion cut diamonds.

Our ring sets have thick and durable shanks which will give many years of trouble-free wear. Dacarli has been manufacturing diamond jewelry for three generations, since 1939. The characteristics of these rings are milgrain, engraving and scrollwork.

At Dacarli, emphasis is placed on design, quality, and Old World European craftmanship. The settings for our rings are made in our Florida factory using the finest gold and G-H color, SI clarity conflict-free diamonds.

Special order in 18K white, yellow, rose gold, or Platinum.

**Model Number: 13269**

**Similar Products:**



| Engagement | Jewelry | Articles | Information |
|---|---|---|---|
| Antique Rings | Heart Pendant | Choose Flattering Earrings | FAQ |
| Blue Sapphire Ring | Cross Pendant | Diamond Buying Guide | Testimonials |
| Antique Engagement Rings | Diamond Heart Pendant | What Is Milgrain? | Customize Your Jewelry |
| Wedding Jewelry | Gold Cross Pendant | History Of Engagement Rings | Estate Buyers |
| Solitaire Rings | Diamond Bracelet | The History Of Pendants | International Orders |
| Emerald Ring | Stud Earrings | Your Jewelry Wardrobe | Privacy Policy |
| Antique Ring | Bracelet Necklace | Learn About Sapphires | Returns |
| Sapphire Rings | Marquise Rings | Everything Old Is New Again | Terms & Conditions |
| Emerald Rings | Diamond Cross Pendant | Birthstones | About us |
| Tanzanite Rings | | | Contact Us |
| | | | Site Map |

**Great**
based on **21.00** reviews
TRUSTPILOT

BBB A+ RATING  •  30-DAY MONEY BACK  •  FREE RING RESIZING  •  PAY WITH PAYPAL  •  LEVEL 2 SSL SECURE CART  •  FREE SHIPPING    Login   Cart (0)

# DACARLI
unique designs

(888) 527- 9422

ENGAGEMENT  | RINGS  | PENDANTS  | EARRINGS  | BRACELETS  | NECKLACES  | BLOG  | TESTIMONIALS     search here

Home › Engagement › Antique Style Rings › Wedding Sets



**Design Your Own Ring Build A Custom Piece**    **Create Your Own Price Select SS 10K 14K 18K Plat Cz -White-Sapphires Or Any Of 3 Diamond Qualities**

Pin it   Like   +1    *delivery estimate 3 business days*   FREE SHIPPING PRIORITY MAIL 

Antique Tacori Style Two Piece Engagement Setting

| summary | $2,325.00 |
|---|---|
| Engagement Ring Set in solid 14k White Gold, Size 7.5 (With NO Centerstone) | add to cart |

| 1 | CHOOSE YOUR FINGER SIZE | 7.5 |
|---|---|---|
| 2 | CHOOSE THE METAL - 14k White Gold | 14K |
| 3 | CHOOSE A CENTERSTONE: | ✕ |
| 4 | CHOOSE ACCENTS TYPE - SI2 Diamond Accents | |

Can be set with the following centerstone shape:



**Description**    **Specifications**    **Stones**    **Reviews (1)**

This antique style engagement ring set is adorned with 1.40cts of brilliant round diamonds and can accommodate a center diamond weighing between 0.55ct and up to 0.65ct. We can customize the center settng to accomodate larger and smaller diamonds. These matching antique style rings are solid 14K white gold. They have milgrain on three sides, and diamonds down the shoulders of the shank.

Antique wedding bands are popular and in demand. There is the characteristic open filligree design and brilliant diamonds are also mounted on the sides. Our rings have thick and durable shanks which will give many years of trouble-free wear. The characteristics of these vintage rings are milgrain, antique engraving and scrollwork.

Dacarli has been manufacturing diamond jewelry for three generations, since 1939. At Dacarli, emphasis is placed on design, quality, and Old World European craftmanship. The settings for our ring sets are made in our Florida factory using the finest gold and G-H color, SI clarity conflict-free diamonds.

Special order in 18K white or yellow gold or Platinum.

**Model Number: 10956**

Sold Separately:



$1,185.00
Vintage Tacori Style Diamond Engagement Setting

$1,225.00
Tacori Style Antique Diamond Wedding Band



Similar Products:



## Engagement
Antique Rings
Blue Sapphire Ring
Antique Engagement Rings
Wedding Jewelry
Solitaire Rings
Emerald Ring
Antique Ring
Sapphire Rings
Emerald Rings
Tanzanite Rings

## Jewelry
Heart Pendant
Cross Pendant
Diamond Heart Pendant
Gold Cross Pendant
Diamond Bracelet
Stud Earrings
Bracelet Necklace
Marquise Rings
Diamond Cross Pendant

## Articles
Choose Flattering Earrings
Diamond Buying Guide
What Is Milgrain?
History Of Engagement Rings
The History Of Pendants
Your Jewelry Wardrobe
Learn About Sapphires
Everything Old Is New Again
Birthstones

## Information
FAQ
Testimonials
Customize Your Jewelry
Estate Buyers
International Orders
Privacy Policy
Returns
Terms & Conditions
About us
Contact Us
Site Map

**Great**
based on **21.00** reviews
TRUSTPILOT

BBB A+ RATING    •    30-DAY MONEY BACK    •    FREE RING RESIZING    •    PAY WITH PAYPAL    •    LEVEL 2 SSL SECURE CART    •    FREE SHIPPING

Login   Cart (0)



(888) 527- 9422

ENGAGEMENT   | RINGS   | PENDANTS   | EARRINGS   | BRACELETS   | NECKLACES   | BLOG   | TESTIMONIALS          search here

Home › Engagement › Antique Style Rings › Wedding Bands



**Design Your Own Ring Build A Custom Piece**     **Create Your Own Price Select SS 10K 14K 18K Plat Cz -White-Sapphires Or Any Of 3 Diamond Qualities**

   

delivery estimate
3 business days

FREE SHIPPING
PRIORITY MAIL

**Wide 14K White Gold Tacori Style Diamond Anniversary Band**

| summary | | $2,250.00 |
|---|---|---|
| Ring Band in solid 14k white gold, Size 7.5, set with a total of 1.50 ct of diamonds. | | add to cart |

1    CHOOSE YOUR FINGER SIZE    7.5

2    CHOOSE THE METAL - 14k White Gold    14K

3    CHOOSE DIAMONDS TYPE - SI2 Diamond Accents

**Description**   **Specifications**   **Stones**   **Reviews (2)**

This wide vintage diamond anniversary band is set with 1.50ct of brilliant round diamonds. This antique style diamond band has milgrain edges, antique scrollwork and open galleries. There are larger diamonds on the edge and smaller diamonds on the two outer edges. This substantial diamond ring has a wonderful antique flavor, and is beautiful to wear.

At Dacarli, emphasis is placed on design, quality, and Old World European craftmanship. Our antique style diamond bands have thick and durable shanks which will give many years of trouble-free wear. The characteristics of these rings are milgrain, engraving and scrollwork.

The settings for our rings are made in our Florida factory using the finest metals and G-H color, SI clarity conflict-free diamonds. Dacarli has been manufacturing diamond jewelry for three generations, since 1939.

Special order in 18K white or yellow gold or Platinum.

**Model Number: 12684**

**Similar Products:**

**Engagement**
Antique Rings
Blue Sapphire Ring
Antique Engagement Rings
Wedding Jewelry
Solitaire Rings
Emerald Ring
Antique Ring
Sapphire Rings
Emerald Rings
Tanzanite Rings

**Jewelry**
Heart Pendant
Cross Pendant
Diamond Heart Pendant
Gold Cross Pendant
Diamond Bracelet
Stud Earrings
Bracelet Necklace
Marquise Rings
Diamond Cross Pendant

**Articles**
Choose Flattering Earrings
Diamond Buying Guide
What Is Milgrain?
History Of Engagement Rings
The History Of Pendants
Your Jewelry Wardrobe
Learn About Sapphires
Everything Old Is New Again
Birthstones

**Information**
FAQ
Testimonials
Customize Your Jewelry
Estate Buyers
International Orders
Privacy Policy
Returns
Terms & Conditions
About us
Contact Us
Site Map

**Great**
based on **21.00** reviews
TRUSTPILOT